Mccudden v College (2025 NY Slip Op 05434)





McCudden v College


2025 NY Slip Op 05434


Decided on October 3, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 3, 2025

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Oct. 3, 2025.) 


MOTION NO. (934/24) CA 23-01865.

[*1]CALEB MCCUDDEN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF-APPELLANT-RESPONDENT, 
vCANISIUS COLLEGE, DEFENDANT-RESPONDENT-APPELLANT.



MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.








